1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOEL P. WHITNEY,

11          Plaintiff,              No. CIV S-06-1488 FCD GGH P

12      vs.

13   C/O SIMONSON, et al.,

14          Defendants.             ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  This action is proceeding on the original complaint.  On December 29, 2006,

18   plaintiff filed a request for leave to file an amended complaint and a proposed amended

19   complaint.  For the following reasons, this request is denied.

20          In the original complaint, plaintiff alleges that he was assaulted by his cellmate,

21   inmate Thompson.  Plaintiff reported this incident to defendants Simonson, Baker and Mesa, and

22   requested a cell change.  Defendants told plaintiff to fill out a cell move slip rather than

23   immediately moving him.  Inmate Thompson later assaulted and raped plaintiff.

24          While the amended complaint alleges that defendants violated plaintiff's Eighth

25   Amendment rights by failing to protect him from inmate Thompson, it contains no specific

26   allegations to support this claim.  The amended complaint does not contain the factual allegations

1

that are in the original complaint, as described above.  For this reason, the court does not find that the amended complaint states a colorable claim for relief.  <u>Jones v. Community Redev. Agency</u>, 733 F.2d 646, 649 (9th Cir. 1984) (plaintiff must allege with at least some degree of particularity overt acts which defendants engaged in that support plaintiff's claim).  Accordingly, plaintiff's request for leave to file an amended complaint is denied.

On January 29, 2007, defendants filed a request for an extension of time to file a response to the original complaint.  Good cause appearing, this request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's December 29, 2006, request for leave to file an amended complaint is denied;

2.  Defendants' January 29, 2007, request for extension of time is granted; defendants' response to the complaint is due on or before February 28, 2007.

DATED: 2/21/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

whit1488.ame

2