EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Baker, Mesa and Simonsen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL WHITNEY,** | 2:06-cv-1488 FCD GGH |
| Plaintiff, | **ORDER** |
| v. | |
| **C/O SIMONSEN, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendant's request for an extension of time to respond to Plaintiff's amended complaint.  Accordingly, IT IS HEREBY ORDERED that defendant is granted a period of two weeks days, to and including March 14, 2007, to file and serve a response.

DATED: 3/7/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wh1488.eot

1