UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL P. WHITNEY,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>SIMONSEN,; et al.,<br><br>    Defendant - Appellee. | No.  08-15165<br>D.C. No.  CV-06-01488-FCD *GGH*<br><br><br>**ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith    [ ]

Explanation: _Application of Ngo to a hypertechnical CDCR decision_

GREGORY G. HOLLOWS
Judge
United States District Court

Date: _Feb. 29, 2008_